DODSON v. JOHNSON.

Appeal from the Circuit Court of Perry County.

It lies upon the party, seeking a reversal of the judgment of the circuit court, to show in what that court erred.

SEPT. TERM.
1840.

Dodson
v.
Johnson.

*Brickey for Appellant.*

Authorities cited—Digest 388 sec. 1-2-3, 4 do 370 sec. 8, do 369 sec. 2.

*Cole for Appellee.*

The reversal and dismission of the case by the circuit court, which it is insisted was correct, for the reason that the proceedings before the justice were a nullity, and the circuit court could not make them the basis of further proceedings in the cause in that court after the irregularity was shewn, all the court could do was to place the parties in statu quo.

*Opinion of the Court by Tompkins Judge.*

Dodson, it is to be collected from the face of the papers, sued Johnson before a justice of the peace, and there obtained a judgment, from which Johnson appealed to the circuit court of Perry county; and that court on the motion of Johnson, the defendant, dismissed the cause.

No transcript of the justices docket is sent up and consequently this court is not enabled to see that the circuit court committed any error in dismissing the cause. It was the duty of the appellant who seeks to reverse the judgment of the circuit court to shew in what that court erred. He having failed to do this its judgment must be affirmed by this court. ⁻

It is the opinion of each member of the court that the judgment ought to be affirmed,and it is accordingly affirmed.

Judge McGirk absent but concurred in the opinion then to be written.

O 2

*[margin note: It lies upon the party, seeking a reversal of the judgment of the circuit court,to show in what that court erred.]*